ROBERT SNYDER, Appellant, et al., Plaintiff, v ALLSTATE INSURANCE COMPANY, Respondent.

Submitted July 11, 2011; decided November 15, 2011

Motion for reargument of motion for leave to appeal denied [*see* 17 NY3d 748 (2011)].